```
 1  Martha G. Bronitsky
    Chapter 13 Standing Trustee
 2  Po Box 5004
    Hayward, CA 94540
 3  (510) 266-5580

 4
    Trustee for Debtor(s)
 5
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Elliott L Lee | Chapter 13 Case Number: 14-44487-RLE13 |
| Debtors(s) | |

### NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

    NOTICE IS HEREBY GIVEN that a hearing will be held on May 14, 2019 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California for the following reason:

Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Date: March 19, 2019                                                     /s/ Martha G. Bronitsky
                                                                               Signature of Martha G. Bronitsky
                                                                               Chapter 13 Standing Trustee

| 1 | In Re | | Chapter 13 Case Number: |
|---|---|---|---|
| 2 | Elliott L Lee | | 14-44487-RLE13 |
| 3 | | Debtors(s) | |
| 4 | CERTIFICATE OF SERVICE | | |

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

March 19, 2019                               /s/Selesia Fredotovich
                                             Selesia Fredotovich

Elliott L Lee                                Nathan D Borris Atty
117 Cardinal Ln                              1380 A Street
Brentwood, CA 94505                          Hayward, CA 94541

(Debtor(s))                                  (Counsel for Debtor)

Bank Of America
Po Box 982235
El Paso, TX 79998

Cavalry Investments, Llc As Assignee Of
At And T Wireless/Cingular
500 Summit Lake Drive, Ste 400
Valhalla, Ny 10595
Valhalla, NY 00000-0000

Credit Acceptance Corporation
25505 W 12 Mile Rd
Southfield, MI 48034

Contra Costa County Dcss
50 Douglas Drive, Suite 100
Martinez, CA 94553-0000

Aldridge Connors
15 Piedmont Center
3575 Piedmont Rd Ne #500
Atlanta, GA 30305-0000

| # | | |
|---|---|---|
| 1 | Aldridge Pite Llp<br>4375 Jutland Dr #200<br>Po Box 17933<br>San Diego, CA  92177 | |
| 2 | | |
| 3 | | |
| 4 | Contra Costa County Dept Of Child Support Svcs<br>50 Douglas Dr #100<br>Martinez, CA  94553-0000 | |
| 5 | | |
| 6 | Cerastes Llc Co Weinstein Pinson And Riley Ps<br>2001 Western Ave #400<br>Seattle, WA  98121-0000 | |
| 7 | | |
| 8 | Cerastes Llc Co Weinstein Pinson And Riley Ps<br>2001 Western Ave #400<br>Seattle, WA  98121-0000 | |
| 9 | | |
| 10 | Wells Fargo Bank<br>Po Box 5058  Mac P6053-021<br>Portland, OR  97208-0000 | |
| 11 | | |
| 12 | Cavalry Portfolio Services Llc<br>500 Summit Lake Dr #400<br>Valhalla, NY  10595 | |
| 13 | | |
| 14 | | |
| 15 | Bank Of America Na<br>Po Box 982284<br>El Paso, TX  79998 | |
| 16 | | |
| 17 | Fay Servicing Llc<br>3000 Kellway Dr #150<br>Carrollton, TX  75006<br>(Creditor) | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) |
| 18 | | |
| 19 | | |
| 20 | Fay Servicing Llc<br>3000 Kellway Dr #150<br>Carrollton, TX  75006<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 21 | | |
| 22 | | |
| 23 | Credit Acceptance Corp<br>25505 W 12 Mile Rd #3000<br>Southfield, MI  48034<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 24 | | |
| 25 | | |
| 26 | Ocwen Loan Servicing, Llc<br>Law Offices Of Les Zieve<br>30 Corporate Park, Suite 450<br>Irvine, CA  92606<br>(Creditor) | Bank Of America<br>Po Box 15102<br>Wilmington, DE  198865102<br>(Creditor) |
| 27 | | |
| 28 | | |

| # | Creditor | Creditor |
|---|---|---|
| 1 | Cavalry Investments Llc<br>Po Box 27288<br>Tempe, AZ  852857288<br>(Creditor) | Cerastes Llc Co Weinstein Pinson And Riley Ps<br>Po Box 3978<br>Seattle, WA  98124<br>(Creditor) |
| 2 | Comcast<br>C/O Stellar Recovery Inc<br>1845 Us Highway 93 S<br>Kalispell, MT  599015721<br>(Creditor) | Cerastes Llc Co Weinstein Pinson And Riley Ps<br>Po Box 3978<br>Seattle, WA  98124<br>(Creditor) |
| 3 | First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls, SD  571070145<br>(Creditor) | Pacific Bell Telephone C/O At&T Svcs<br>1 At&T Way #3A104<br>Bedminster, NJ  07921<br>(Creditor) |
| 4 | Midland Credit Management<br>8875 Aero Dr #200<br>San Diego, CA  92123<br>(Creditor) | Wells Fargo Bank<br>Po Box 63491 Mac A0143-042<br>San Francisco, CA  94163<br>(Creditor) |
| 5 | Pinnacle Credit Services Llc<br>Po Box 640<br>Hopkins, MN  553430640<br>(Creditor) | Dept Of Child Support Svces C/O Ca State Disb Unit<br>Po Box 989067<br>W Sacramento, CA  957989067<br>(Creditor) |
| 6 | Western Progressive, Llc<br>2002 Summit Blvd, Suite 600<br>Atlanta, GA  30319<br>(Creditor) | San Francisco County Dcss<br>617 Mission St<br>San Francisco, CA  94105<br>(Creditor) |
| 7 | Franchise Tax Board<br>Po Box 942840<br>Sacramento, CA  942400040<br>(Creditor) | |
| 8 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) | |
| 9 | Alliance One Receivables Mgmt<br>Po Box 2449<br>Gig Harbor, WA  98335<br>(Creditor) | |
| 10 | Edd<br>Po Box 826806<br>Sacramento, CA  942060001<br>(Creditor) | |